# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:16-CR-00056 |
| v. | (Judge Brann) |
| FRANK PONDER, | |
| Defendant/Petitioner. | |

# ORDER

**AND NOW**, this 26th day of April 2019, in accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that:

1. Defendant/Petitioner Frank Ponder's Petition for Writ of Habeas Corpus, September 17, 2018, ECF No. 195, is DENIED and DISMISSED.

2. No certificate of appealability shall issue.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge